No. State 233. WASHINGTON, Plaintiff in error, V. STATE, Defendant in error.

(Also reported in 219 N. W. 2d 408.)

The cause was submitted for the plaintiff in error on the briefs of *Patrick J. Devitt,* Legal Aid Society of Milwaukee, and for the defendant in error on the brief of *Robert W. Warren,* attorney general, and *David J. Becker,* assistant attorney general.

Order affirmed.